*orig.*



FILED
**March 9, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS AT AUSTIN

COURT OF APPEALS NUMBER 03-14-00485-CV
TRIAL COURT CASE NUMBER 259,941-C

STYLED:  JOHN REED JR.
V FARMERS INS. GROUP ET AL.

**MOTION TO EXTEND TIME TO FILE BRIEF
PURSUANT TO RULES OF APP. PROC.**



RECEIVED
MAR 09 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Appellant states the Deadline to file the brief is March 12, 2015 and appellant is requesting to extend that time or Stay the Deadline time to file the Brief to file the Brief until a reasonable time after all issues regarding the Default Hearing have been disposed of. The Default Hearing has been reset for March 27, 2015 ( take in consideration the trial court record and reporters record will have to be supplemented ).Without waiving *the* foregoing appellant request this Honorable Court to extend the time to at least on or about April 27, 2015. In support of this motion Appellant is attaching the document from the trial court that reset the default hearing to this motion.

   Appellant also request this court to review the issues at this time regarding the Default Hearing for a question of law and take the appropriate steps if so.

   Appellant request the court to embrace the body of this motion and grant all things and any other relief appellant is entitled to.

**APPELLANT STATES THAT THE DEFENDANTS COUNSEL DOES NOT OPPOSE THIS MOTION.**

*John Reed Jr.*
JOHN REED JR.
715 SO. 32ND STREET
TEMPLE, TEXAS 76501

*Willis Martin Jr*
WILLIS MARTIN JR.
1318 SO. 2ND STREET
TEMPLE, TEXAS 76504

### CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS SENT TO THE CLERK OFFICE BY CERTIFIED MAIL AND FAXED TO DEFENDANTS ON MARCH 5,2015.

*John Reed Jr.*

# Bell County
## District Court Civil Coordinators

1201 Huey Road
Post Office Box 324
Belton, Texas 76513-0324
1-800-460-2355

| 27th Court | 146th Court | 169th Court | 264th Court | 426th Court | CPS Court |
|---|---|---|---|---|---|
| Susan Montgomery | Paula King | Gwenda Thompson | Debra Severson | Velva Johnson | Rosie Craft |
| (254) 933-5261 | (254) 933-6737 | (254) 933-5265 | (254) 933-5245 | (254) 933-5246 | (254) 933-5386 |
| fax (254) 933-5977 | fax (254) 933-5978 | fax (254) 933-5933 | fax(254) 933-5909 | fax (254) 933-5990 | |

2/26/2015
**Notice of Setting**

**JOHN REED JR
715 SO. 32ND ST.
TEMPLE, TEXAS 76501**

Case No. 259941 - 0 - 169TH DISTRICT COURT
Style : REED JR, JOHN
        FARMERS INSURANCE GROUP ET AL

Take notice that the above entitled case filed in 169TH DISTRICT COURT has been reset for **DEFAULT, on Friday, March 27, 2015 at 11:00** A.M. by the order of the Presiding Judge. The case will be heard in the **169TH DISTRICT COURT** on the **1st Floor, District Courthouse in the Bell County Justice Complex** at **1201 Huey Road**, Belton, Texas. This is located northwest of the Bell County Exposition Center, off Loop 121.

RAYMOND KUTCH, ATTORNEY, APPEARING BY PHONE,

Paula King
Court Coordinator
169TH DISTRICT COURT

Notices to:
    JOHN REED JR - 715 SO. 32ND ST. TEMPLE, TEXAS 76501
    CHRISTOPHER W. MARTIN - 808 TRAVIS STREET 20TH FLOOR HOUSTON, TEXAS 77002

KINGPA

John Reed Jr.
715 So. 32nd St.
Temple, Texas 76501

Court of Appeals Clerk
3rhyrd District of Texas
P.O. Box 12547
Austin, Texas
78711-2547

U.S. POSTAGE
PAID
TEMPLE,TX
76501
MAR 08, 15
AMOUNT
$1.19

00103488-12



UNITED STATES
POSTAL SERVICE.

1000    78711

ohN KEED JR
15 So. 32nd. ST.
TEMPLE, TX. 76501

CouRt oF APPEALS CLERK
THIRD DIST. OF TEXAS
P.O. Box 12547
AUSTIN, TX. 78711—2547